Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | RISING, Douglas E. |
| **Docket Number:** | 1:05CR00134 OWW |
| **Offender Address:** | Visalia, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 04/21/2004 |
| **Original Offense:** | <u>Count 1</u>:  18 USC 371, Conspiracy to Commit Bank Fraud, Present Fraudulent Postal Money Orders and Use Counterfeit Access Devices (CLASS D FELONY)<br><u>Count 6</u>:  18 USC 500 and 2, Presenting Counterfeit Postal Money Orders (CLASS D FELONY)<br><u>Counts 8 and 9</u>:  18 USC 1344 and 2, Presenting Counterfeit Postal Money Orders (CLASS B FELONIES) |
| **Original Sentence:** | 9 Months BOP; 3 Years TSR; $400 Special Assessment; $20,074.39 Restitution; Mandatory Drug Testing (Middle District of North Carolina). |
| **Special Conditions:** | Substance abuse counseling and testing, financial disclosure, no credit without approval, notify Court of changes in economic circumstances. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 01/13/2006 |
| **Assistant U.S. Attorney:** | Kim Kelly   **Telephone:** (559) 498-7272 |
| **Defense Attorney:** | Francine Zepeda   **Telephone:** (559) 487-5561 |

Rev. 04/2005
PROB12B.MRG

**RE:   RISING, Douglas E.**
       Docket Number:  1:05CR00134 OWW
       PETITION TO MODIFY THE CONDITIONS OR TERM
       OF SUPERVISION WITH CONSENT OF THE OFFENDER

**Other Court Action:**

**01/31/2005**    Court notified of drug use and agreed with recommendation for CCC placement.

**04/13/2005**    Jurisdiction transferred from the Middle District of North Carolina to the Eastern District of California.

**05/31/2005**    Court notified of drug use, CCC failure; TSR revoked; 7 Months BOP, 36 Months TSR.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside and participate in a residential community corrections center, Turning Point Community Sanctions Center, for a period of up to 120 days.  Said placement shall commence on January 24, 2006, pursuant to 18 USC 3563(b)(11).  The defendant shall pay cost of confinement as determined by the Bureau of Prisons.

**Justification:**   The defendant is experiencing significant problems at this time.  He was released from the Bureau of Prisons on January 13, 2006, without a release plan.  He is without employment, residence, or financial resources.  The client agrees to the proposed modification as indicated by his signature on the Waiver of Hearing to Modify Conditions of Supervised Release.

**RE:     RISING, Douglas E.
        Docket Number:  1:05CR00134 OWW
        PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ Dan L. Vianello

**DAN L. VIANELLO
Senior United States Probation Officer**
Telephone:  (559) 734-2933

**DATED:**     January 24, 2006
        Visalia, California
        DLV:ljr

**REVIEWED BY:**     /s/ Rick C. Louviere
        **RICK C. LOUVIERE
        Supervising United States Probation Officer**

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

January 25, 2006                                /s/ OLIVER W. WANGER

**Date**                                        **Signature of Judicial Officer**

**RE:    RISING, Douglas E.
        Docket Number:  1:05CR00134 OWW
        <u>PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>**

cc:    United States Probation
       Kim Kelly, Assistant United States Attorney
       Francine Zepeda, Assistant Federal Defender
       Defendant
       Court File

Rev. 04/2005
PROB12B.MRG